**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DEVIN LAMAR THOMAS, | ) | NO. CV 14-7753-JLS(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| W.L. MUNIZ, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: January 20, 2015.

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE